IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL QUINN, and<br>JAMES CHESHIRE,<br><br>　　　　Plaintiffs<br><br>VS.<br><br>ARCTIC CAT INC.,<br><br>　　　　Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:13-CV-171<br><br>**JURY DEMAND** |

_____

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

_____

Plaintiffs, Michael Quinn and James Cheshire, and Defendant Arctic Cat Inc., hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a voluntary dismissal with prejudice of the above-styled lawsuit, each party to bear its own costs, and hereby request the dismissal of this action.

Date: April 28, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Ryan M. Schaper_____
　　　　　　　　　　　　　　　　　　　　Ryan Matthew Schaper
　　　　　　　　　　　　　　　　　　　　RSchaper@pulf.com
　　　　　　　　　　　　　　　　　　　　**PROVOST UMPHREY LAW FIRM LLP -**
　　　　　　　　　　　　　　　　　　　　**Beaumont**
　　　　　　　　　　　　　　　　　　　　490 Park St.
　　　　　　　　　　　　　　　　　　　　P.O. Box 4905
　　　　　　　　　　　　　　　　　　　　Beaumont, TX 77704-4905
　　　　　　　　　　　　　　　　　　　　409/835-6000

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFFS**

Date: April 28, 2014                    Respectfully submitted,

                                                                  */s/ John J. Wackman w/p RMS*
John J. Wackman
jwackman@nilanjohnson.com
Matthew C. Murphy
mmurphy@nilanjohnson.com
**NILAN JOHNSON LEWIS PA**
120 South Sixth Street, Suite 400
Minneapolis, Minnesota 55402
Telephone (612) 305-7500
Facsimile (612) 305-7501
cmennen@nilanjohnson.com

Walter F. Williams, III
wfw@lorancethompson.com
Katherine L. Sunstrom
ks@lorancethompson.com
**LORANCE & THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, Texas 77092
713-868-5560

**ATTORNEYS FOR DEFENDANT ARCTIC CAT INC.**