| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MICHAEL QUINN and JAMES CHESHIRE, §
§
      Plaintiffs, §
§
versus § CIVIL ACTION NO. 1:13-CV-171
§
ARCTIC CAT, INC., §
§
      Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#11), this action is dismissed in its entirety with prejudice. Each party shall bear its own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 12th day of May, 2014.

                                        *[signature]*
                                        MARCIA A. CRONE
                                  UNITED STATES DISTRICT JUDGE